# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD N. BELL<br><br>　　　Plaintiff,<br><br>vs.<br><br>WILMOTT STORAGE SERVICES, LLC and IADVANTAGE, LLC.<br><br>　　　Defendants. | Case No.: CV 18-7328-CBM-MRW<br><br>**JUDGMENT**<br><br>JS6 |

Consistent with the Order re Cross-Motions for Summary Judgment (Dkt. No. 55), judgment is hereby entered in favor of Defendant Wilmott Storage Services, LLC, and against Plaintiff Richard N. Bell.

DATED: September 12, 2019.

　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1